IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                            CASE NO. 4:05CV00129 GH

KATHY STANLEY, EDWARD STANLEY,
DOROTHY WHEATLEY, DOUG WHEATLEY,
SUSAN BRYAN, HEIRS OF
PATTY J. McCARTHY, DECEASED                                                          DEFENDANTS

ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the Report of Sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law, and that the said sale was held at Russellville, Arkansas, on October 11, 2005, at 9:30 a.m., in conformity with the Judgment of this Court.  At such sale Don Langford bid the sum of $57,549.00, and that being the highest and best bid offered, the property was then sold to Don Langford.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price with interest shall be paid to the United States of America.  The expense items reported by the United States Marshal in the amount of $207.75 are hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by the Court's endorsement thereon and an order separately entered in conformity with local practice.  The Marshal is directed forthwith upon payment to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand.  The

Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser in possession of the property.

DATED: January 6, 2006

/s/ George Howard, Jr.
UNITED STATES DISTRICT JUDGE