## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                           PLAINTIFF

V.                                        CASE NO. 4:05CV00129 GH

KATHY STANLEY, EDWARD STANLEY,
DOROTHY WHEATLEY, DOUG WHEATLEY,
SUSAN BRYAN, HEIRS OF
PATTY J. McCARTHY, DECEASED                                                                            DEFENDANTS

## ORDER APPROVING MARSHAL'S DEED

On this day the United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to the United States of America, acting by and through Don Langford, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said United States Marshal acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is

**ORDERED** by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: January 6, 2006

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE