IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                        CASE NO. 4:05CV00129 GH

KATHY STANLEY, EDWARD STANLEY,
DOROTHY WHEATLEY, DOUG WHEATLEY,
SUSAN BRYAN, HEIRS OF
PATTY J. McCARTHY, DECEASED                                 DEFENDANTS

ORDER OF DISTRIBUTION

On October 11, 2005, at 9:30 a.m., at the South front door of the Pope County Courthouse, Russellville, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered on July 18, 2005.  At such sale, Don Langford was the highest and best bidder for the property, and the property was then sold to the said Don Langford.

On October 14, 2005, the United States Marshal received Check No. 2971 in the amount of $5,760, and on November 14, 2005, the United States Marshal received Check No. 2963 in the amount of $52,215.51 from Don Langford for payment in full for the property.  In accordance with the terms of the Judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds to the United States of America, U.S. Department of Agriculture, Rural Development, formerly known as Farmers Home Administration, 700 West Capitol, Room 3416, Little Rock, Arkansas 72201, and notify Fletcher Jackson, Assistant United States Attorney by sending copy of same.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE

DATED: January 11, 2006